No. 40, Orig. PENNSYLVANIA *v.* NEW YORK ET. AL. [Motion to file complaint granted, 398 U. S. 956.] Motion of State of California for leave to intervene as a party plaintiff referred to Special Master for his recommendation.

No. 43. FAIRCLOTH, ATTORNEY GENERAL OF FLORIDA, ET AL. *v.* LAZARUS. Appeal from D. C. S. D. Fla. Motion of Stephen Hillardt and Timothy Green for leave to proceed *in forma pauperis* granted and motions for leave to intervene as parties appellee and to expedite appeal denied. 

No. 59. NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. D. C. Cir. [Certiorari granted, 397 U. S. 986]; and

No. 61. INVESTMENT COMPANY INSTITUTE ET AL. *v.* CAMP, COMPTROLLER OF THE CURRENCY, ET AL. C. A. D. C. Cir. [Certiorari granted, 397 U. S. 986.] Motion to reverse sequence of oral argument or alternative request that cases be consolidated denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 83. BYRNE, DISTRICT ATTORNEY OF SUFFOLK COUNTY, ET AL. *v.* KARALEXIS ET AL. Appeal from D. C. Mass. [Restored to calendar, 399 U. S. 922.] Motion of appellees for leave to file supplemental memorandum, after argument, granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.

No. 206. HARRIS *v.* NEW YORK. Ct. App. N. Y. [Certiorari granted, 398 U. S. 937.] Motion of Frank S. Hogan for leave to participate in oral argument as *amicus curiae* granted; counsel for respondent will cede 15 minutes of his time for that purpose.